UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:03CV-00118-TBR
CRIMINAL ACTION NO. 1:01CR-00050-TBR

JASON LOYD McBRIDE                                              MOVANT/DEFENDANT

VS.

UNITED STATES OF AMERICA                                        RESPONDENT/PLAINTIFF

## ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, there being no objections thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that McBride's motion to refile or reopen (DN 42) is GRANTED in part and to the extent it seeks to amend his § 2255 motion it is DENIED; McBride's motion to amend (DN 36) is DENIED; the United States' motion to dismiss with prejudice (DN 37) is GRANTED; and McBride's § 2255 motion is DISMISSED with prejudice.

A Certification of Appealability is DENIED.

Copies to:   Petitioner, *pro se*
             Counsel of Record
             Magistrate Judge Goebel